PER CURIAM.
Following review of the motion to vacate, the order denying said motion, and the record filed in support of that ruling, it is ordered that the relief sought herein is denied. See: Fuller v. Wainwright, 238 So.2d 65 (Fla.1970); Saunders v. State, 238 So.2d 680 (Fla.3d DCA 1970); State v. Matera, 266 So.2d 661 (Fla.1972); J. W. v. State, 281 So.2d 48 (Fla.3d DCA 1973); Phillips v. State, 313 So.2d 428 (Fla.3d DCA 1975); Neal v. State, 349 So.2d 844 (Fla.2d DCA 1977).
Affirmed.